UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEKSEI IVCHENKO
(A-Number: 246-083-126),

              Petitioner,

    v.

CURRENT OR ACTING SECRETARY,
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

              Respondents.

No.  1:26-cv-04355-KES-EPG (HC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS, GRANTING
PETITION FOR WRIT OF HABEAS
CORPUS, DIRECTING RESPONDENTS TO
IMMEDIATELY RELEASE PETITIONER,
AND DIRECTING CLERK OF COURT TO
CLOSE CASE

Docs. 1, 6

Petitioner Aleksei Ivchenko is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 10, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering petitioner's immediate release. Doc. 6.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  On June 11, 2026, respondents filed timely objections.  Doc. 7.  Respondents object "for the reasons set forth in their previous pleadings."  *Id.*

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having carefully reviewed the file, including respondents' objections, the Court concludes that the

1

findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1.  The findings and recommendations issued on June 10, 2026, Doc. 6, are ADOPTED in full.

2.  The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3.  Respondents are ORDERED to release petitioner Aleksei Ivchenko (A-Number: 246-083-126) immediately.  Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.

4.  Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.

5.  The Clerk is directed to serve Golden State Annex Detention Center with a copy of this Order.

6.  The Clerk of Court is directed to close this case and enter judgment for petitioner.

IT IS SO ORDERED.

Dated:   June 12, 2026

_____
UNITED STATES DISTRICT JUDGE

2